IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01651-WYD-KLM

FUSION ENTERTAINMENT, a Colorado partnership; and
830 INC., a Colorado corporation, d/b/a THE SHAG LOUNGE,

      Plaintiffs,

v.

JOSH ALGE, INC.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion For Leave To File Sur-reply In Opposition to Defendant's Motion to Dismiss (doc. #26 filed October 26, 2007) is **GRANTED**.  Plaintiffs shall file the Sur-reply as a separate pleading.

      Dated:  October 29, 2007